**Fill in this information to identify the case:**

Debtor name: Yosi Samra, Inc.

United States Bankruptcy Court for the: Southern District Of New York

Case number (If known): _____

☐ Check if this is an amended filing

Official Form 204

# Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider,* as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
|---|---|---|---|---|---|---|---|
| 1 | RONG XING SHOES FACTORY<br>See Attachment 1<br>Attn Yan Yong Xu<br>See Attachment 1 | | Factory | | | | $1,900,000.00 |
| 2 | SGI<br>No. 3, Lihu Road, Siabian District<br>See Attachment 2<br>Guangdong Province , 523956 China | | Factory | | | | $709,126.14 |
| 3 | National Funding<br>9820 TOWNE CENTRE DRIVE<br><br>San Diego, CA92121 | | loan | | | | $350,000.00 |
| 4 | Forever Standard Limited<br>105 Dingkeng Road, Dingshan Area<br>See Attachment 3<br> Guangdong Province, China | | Factory | | | | $271,132.93 |
| 5 | One Stop Internet Inc.<br>550 Continental Blvd., 1st Floor<br>See Attachment 4<br>El Segundo, CA90245 | | Litigation | Unliquidated<br>Disputed | | | $250,000.00 |
| 6 | C2FO<br>See Attachment 5<br>Attn Rudy Maki<br>Fairway, KS66205 | | loan | | | | $215,000.00 |
| 7 | Brandswami LLC<br>P.O. BOX 1323<br>Attn Susheil Joshi<br>Passaic, NJ07055 | | | Contingent<br>Unliquidated<br>Disputed | | | $176,000.00 |
| 8 | Seko Warehouse<br>33300 Dowe Avenue<br>Attn Cynthia Wright<br>Union City, CA94587 | | Warehouse | | | | $144,912.68 |

Debtor    Yosi Samra, Inc.
         Name

Case number (*if known*) _____

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | Seko Omni<br>33300 Dowe Avenue<br>Attn Cynthia Wright<br>Union City, CA94587 | | warehouse | | | | $115,257.54 |
| 10 | Chase Ink<br>See Attachment 6<br><br>Wilmington, DE19850 | | credit card | | | | $101,075.00 |
| 11 | Chase<br>See Attachment 7<br><br>Wilmington, DE19850 | | credit card | Unliquidated | | | $46,033.00 |
| 12 | OnDeck<br>See Attachment 8<br>Attn James Hobson<br>Arlington, VA22203 | | Loan | | | | $44,019.00 |
| 13 | USSG<br>See Attachment 9<br>Attn Mark A. Saloman<br>Berkley Heights, NJ07992 | | trade | | | | $42,550.00 |
| 14 | Elite SEM INc.<br>See Attachment 10<br>Attn Eileen Distefano<br>New York, NY8415 | | trade | Contingent<br>Unliquidated<br>Disputed | | | $32,000.00 |
| 15 | Fed Ex<br>See Attachment 11<br><br>Memphis, TN38120 | | trade | | | | $30,932.71 |
| 16 | Magento<br>See Attachment 12<br>Elizabeth Williams<br>Culver City, CA90232 | | trade | | | | $27,500.00 |
| 17 | Dara Partners<br>301 EAST 66TH STREET<br><br>New York, NY10065 | | trade | Contingent<br>Unliquidated<br>Disputed | | | $25,940.64 |
| 18 | Collective Showroom<br>See Attachment 13<br>Michelle Butera<br>Thousand Oaks, CA91360 | | trade | Contingent<br>Unliquidated<br>Disputed | | | $24,290.19 |
| 19 | UPS<br>See Attachment 14<br><br>Atlanta, GA | | trade | | | | $21,589.29 |
| 20 | American Express<br>200 Vesey Street<br><br>New York, NY10285 | | credit card | | | | $20,000.00 |

Official Form 204    **Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims**    page 2

Attachment 1/2
Debtor: Yosi Samra, Inc.     Case No:

Attachment 1

    NO.262 Shisha Road,Shijing Town, Baiyun District

    Guangzhou, Guangdong Province, China

Attachment 2

    Houjie Town, Dong Guan City
    Attn John Lung

Attachment 3

    Houjie Town,
    Dongguan City
    Attn Eric

Attachment 4

    Attn: Michael Wang, President & CEO

Attachment 5

    4210 Shawnee Mission Parkway, Suite 400A

Addendum 6

    h.   Chase Card Services  P.O. Box 15298

Addendum 7

    h.   Chase Card Services  P.O. Box 15298

Addendum 8

    h.   901 N STUART ST, SUITE 700 ARLINGTON, VA 22203

Addendum 9

    h.   300 Connell Drive, Suite 4100, Berkeley Heights, New Jersey 07922

Addendum 10

    h.   P.O. BOX 28415 NEW YORK, NY 10087-8415

Addendum 11

    h.   942 S Shady Grove Rd , Memphis TN 38120

Attachment 2/2
Debtor: Yosi Samra, Inc.     Case No:

Addendum 12

    h.    10451 JEFFERSON BLVD SUITE _ CULVER SCITY, CA 90232

Addendum 13

    h.    854 CALLE CATALPA THOUSAND OAKS, CA 91360

Addendum 14

    h.    55 Glenlake Parkway NE. Atlanta, GA 30328