UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x
                                                                           : Chapter 11
In re                                                :
                                                                           : Case No. 17-12493 (SCC)
YOSI SAMRA, INC.,                      :
                                                                           :
                          Debtor.             :
                                                                            :
------------------------------------------------------------ x

# NOTICE OF APPOINTMENT OF OFFICIAL
## COMMITTEE OF UNSECURED CREDITORS IN THE CASE OF YOSI SAMRA, INC.

William K. Harrington, United States Trustee for Region 2, pursuant to Section 1102(a) of title 11, United States Code, hereby appoints the following unsecured creditors that are willing to serve on the Official Committee of Unsecured Creditors in the case of Yosi Samra, Inc.:

1. Dara Partners LP
   301 East 66th Street
   New York, New York 10065
   Attention: Anthony Barrett

2. US Software Group Inc. (a/k/a USSG)
   1550 Park Avenue, Suite 202
   South Plainfield, New Jersey 07080
   Attention: Jake Madhu

3. WFC Fund LLC (a/k/a C2FO)
   4210 Shawanee Mission Parkway, Suite 400A
   Fairway, Kansas 66205
   Attention: Rudy Maki

Dated: New York, New York
September 27, 2017

        Sincerely,

        WILLIAM K. HARRINGTON
        UNITED STATES TRUSTEE

By:    */s/ Susan A. Arbeit*
        Susan A. Arbeit
        Trial Attorney
        U.S. Department of Justice
        Office of the United States Trustee
        U.S. Federal Office Building
        201 Varick Street, Room 1006
        New York, NY 10014
        Tel. (212) 510-0500